**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Tyrone Dwayne Miller, et al., | Civil No. 07-3761 PAM/JSM |
| Plaintiff, | |
| v. | ORDER |
| Minnesota Public Housing Authority, and Lori Swanson, Minnesota Attorney General, | |
| Defendants. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 22, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees, " [2], is DENIED; and

2. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DATED: September 14, 2007         s/ Paul A. Magnuson
                                  Judge Paul A. Magnuson
                                  United States District Court